IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CEQURE COMPOSITE TECHNOLOGIES, LLC,**

        Plaintiff,

V.

        CASE NO. C2-11-175
        JUDGE EDMUND A. SARGUS, JR.
        MAGISTRATE JUDGE NORAH MCCANN KING

**FASTECH, INC, et al.,**

        Defendants.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

_8-21-2012_
**DATE**

                **EDMUND A. SARGUS, JR.**
                **UNITED STATES DISTRICT JUDGE**